Carolyn D. Phillips #103045
Attorney at Law
P. O. Box 5622
Fresno, California 93755-5622
559/248-9833

Attorney for defendant Roberto Gutierrez-Segura

**IN THE UNITED STATES DISTRICT COURT IN AND FOR**

**THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO GUTIERREZ-SEGURA<br><br>Defendant. | Case No. 1:12-cr-00355 AWI-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON<br><br>New Date: March 11, 2013<br>Time: 1 p.m.<br>Crtrm: Hon. Barbara McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for February 25, 2013 at 1:00 p.m., may be continued to **March 11, 2013, 1:00 p.m.**

Counsel for defendant Gutierrez-Segura needs additional time to consult with her client, who is unavailable to confer with counsel due to illness, to review investigation materials and for further defense preparation.

U. S. v. Roberto Gutierrez-Segura, Case No. 1:12-cr-00355 AWI/BAM     1

For purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, *et seq.*, within which trial must commence, the time period of February 25, 2013 to March 11, 2013, inclusive, is deemed excludable because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant to a speedy trial.

So stipulated.

Dated: February 21, 2013   /s/ Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for Roberto Gutierrez-Segura

Dated: February 21, 2013   BENJAMIN B. WAGNER
United States Attorney

By: /s/Megan A. S. Richards
MEGAN A. S. RICHARDS
Attorneys for the United States.

**ORDER**

IT IS SO ORDERED.

Dated: **February 21, 2013**

/s/ Barbara A. McAuliffe

UNITED STATES MAGISTRATE JUDGE

U. S. v. Roberto Gutierrez-Segura, Case No. 1:12-cr-00355 AWI/BAM

2